```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ZACHARY M. JONES
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-cr-00113-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE:** |
| | ) **CONTINUANCE OF STATUS CONFERENCE** |
| v. | ) **AND FINDINGS OF EXCLUDABLE TIME** |
| | ) |
| ZACHARY M. JONES, | ) DATE: September 27, 2012 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Morrison C. England |
| _____ | ) |

ZACHARY M. JONES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby agree that the status conference set for August 2, 2012, be continued for a status conference hearing on September 27, 2012, at 9:00 a.m.

This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

1 | Counsel and the defendant agree that the time from the date of
2 | this order through September 27, 2012, should be excluded in computing
3 | the time within which trial must commence under the Speedy Trial Act,
4 | §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].
5 | The Court finds that the ends of justice to be served by granting
6 | a continuance outweigh the best interest of the public and the
7 | defendant in a speedy trial.

8 | DATED: July 31, 2012          Respectfully submitted,

9 |                               DANIEL J. BRODERICK
                                  Federal Defender
10 |
                                  /S/ Dennis S. Waks
11 |                               _____
                                  DENNIS S. WAKS
12 |                               Supervising Assistant Federal Defender
                                  Attorney for Defendant
13 |                               ZACHARY M. JONES

14 |
   | DATE: July 31, 2012           BENJAMIN B. WAGNER
15 |                               United States Attorney

16 |
                                  /S/ Dennis S. Waks for
17 |                               _____
                                  MATTHEW G. MORRIS
18 |                               Assistant United States Attorney

26 | ///
27 | ///
28 | ///

2

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including September 27, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for September 27, 2012, at 9:00 a.m..

IT IS SO ORDERED.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE