1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ZACHARY M. JONES
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       ) NO. CR.S. 12-0113-MCE
11                                 )
              Plaintiff,           ) **STIPULATION AND ORDER RE:**
12                                 ) **CONTINUANCE OF STATUS CONFERENCE**
         v.                        ) **AND FINDINGS OF EXCLUDABLE TIME**
13                                 )
   ZACHARY M. JONES,               ) DATE:  December 6, 2012
14                                 ) TIME:  9:00 a.m.
              Defendant.           ) JUDGE: Hon. Morrison C. England
15                                 )
   _____   )
16
        ZACHARY M. JONES, by and through his counsel, DENNIS S. WAKS,
17
   Supervising Assistant Federal Defender and the United States
18
   Government, by and through its counsel, MATTHEW G. MORRIS, Assistant
19
   United States Attorney, hereby agree that the status conference set for
20
   September 27, 2012, be continued for a status conference hearing on
21
   December 6, 2012, at 9:00 a.m.
22
        This continuance is requested because counsel for the defendant
23
   requires additional time to obtain and review discovery, continue our
24
   investigation, and to interview our client and other witnesses.
25
   ///
26
   ///
27
   ///
28

|   |   |
|---|---|
| 1 | Counsel and the defendant agree that the time from the date of |
| 2 | this order through December 6, 2012, should be excluded in computing |
| 3 | the time within which trial must commence under the Speedy Trial Act, |
| 4 | §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare]. |
| 5 | The Court finds that the ends of justice to be served by granting |
| 6 | a continuance outweigh the best interest of the public and the |
| 7 | defendant in a speedy trial. |

DATED: September 25, 2012        Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /S/ Dennis S. Waks
                                 _____
                                 DENNIS S. WAKS
                                 Supervising Assistant Federal Defender
                                 Attorney for Defendant
                                 ZACHARY M. JONES

DATE: September 25, 2012         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /S/ Dennis S. Waks for
                                 _____
                                 MATTHEW G. MORRIS
                                 Assistant United States Attorney

///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including December 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for December 6, 2012, at 9:00 a.m..

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE