DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00113-MCE |
| ) Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS CONFERENCE** |
| v. ) | **AND FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| ZACHARY M. JONES, ) | DATE: April 11, 2013 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England |
| ) | |
| _____ ) | |

  ZACHARY M. JONES, by and through his counsel, DENNIS S. WAKS and the United States Government, by and through its counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby agree that the status conference set for February 7, 2013, be continued for a status conference hearing on April 11, 2013, at 9:00 a.m.

  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

  Counsel and the defendant agree that the time from the date of this order through April 11, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

  The Court finds that the ends of justice to be served by granting

a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 4, 2013        Respectfully submitted,

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Attorney for Defendant
ZACHARY M. JONES

DATE: February 4, 2013         BENJAMIN B. WAGNER
                               United States Attorney

                               /S/ Dennis S. Waks for
                               _____
                               MATTHEW G. MORRIS
                               Assistant United States Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the stipulation of the parties and good cause appearing |
| 3 | therefrom, the Court hereby finds that the failure to grant a |
| 4 | continuance in this case would deny defense counsel reasonable time |
| 5 | necessary for effective preparation, taking into account the exercise |
| 6 | of due diligence. The Court specifically finds that the ends of |
| 7 | justice served by the granting of such continuance outweigh the |
| 8 | interests of the public and the defendant in a speedy trial. Based on |
| 9 | these findings and pursuant to the stipulation of the parties, the |
| 10 | Court hereby adopts the stipulation of the parties in its entirety as |
| 11 | its order. Time is excluded from computation of time within which the |
| 12 | trial of this matter must be commenced beginning from the date of the |
| 13 | stipulation through and including April 11, 2013, pursuant to 18 U.S.C. |
| 14 | §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to |
| 15 | prepare] and Local Code T4. A new status conference date is hereby set for April 11, 2013, at 9:00 a.m. |

Dated: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3