1  DENNIS S. WAKS, SBN #142581
   455 CAPITOL MALL, 3rd FLOOR, Suite 350
2  Sacramento, California  95814
   Telephone: (916) 498-9871
3  FAX: (916)441-6553

4  Attorney for Defendant
   ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00113 MCE |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| v. | |
| | Date: SEPTEMBER 12, 2013 |
| | Time: 9:00 a.m. |
| ZACHARY M. JONES | Judge: MORRISON C. ENGLAND, JR. |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Esq., attorney for defendant, that the date for the status hearing be continued from August 15, 2013 to September 12, 2013.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

Stip and Order

| | |
|---|---|
| 1 | Accordingly, all counsel and defendant agree that time |
| 2 | under the Speedy Trial Act from the date this stipulation is |
| 3 | lodged, through September 12, 2013 should be excluded in |
| 4 | computing the time within which trial must commence under the |
| 5 | Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 |
| 6 | (H)(7)(B)(iv) and Local Code T4. |

DATED: August 12, 2013.    Respectfully submitted,

                           DENNIS S. WAKS, ESQ.

                           /s/ DENNIS S. WAKS
                           DENNIS S. WAKS
                           Attorney for defendant


                           BENJAMIN WAGNER
                           United States Attorney

DATED: August 12, 2013.    /S/DENNIS S. WAKS for:
                           MATTHEW G. MORRIS
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

**O R D E R**

Pursuant to the parties' stipulation and good cause appearing, **IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. The time period through September 12, 2013, is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4. The status conference currently scheduled for August 15, 2013, is vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7.

Date: August 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT