1 DENNIS S. WAKS, SBN #142581
455 CAPITOL MALL, 3rd FLOOR, Suite 350
2 Sacramento, California  95814
Telephone: (916) 498-9871
3 FAX: (916)441-6553

4 Attorney for Defendant
ZACHARY M. JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr-S-12-0113 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS CONFERENCE; ORDER** |
| v. | ) | |
| | ) | Date: OCTOBER 31, 2013 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge:MORRISON C.ENGLAND JR. |
| ZACHARY M. JONES | ) | |
| | ) | |
| Defendant. | | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Esq., attorney for defendant, that the date for the status hearing be continued from September 12, 2013 to October 31, 2013.

This continuance is requested because defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve this case.

1    Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 31, 2013 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: September 10, 2013.    Respectfully submitted,

DENNIS S. WAKS, ESQ.

/s/ DENNIS S. WAKS
DENNIS S. WAKS
Attorney for defendant


BENJAMIN WAGNER
United States Attorney

DATED: September 10, 2013.    /S/DENNIS S. WAKS for:
MATTHEW G. MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Date: September 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT